IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01720-BNB

FRANKIE L. MCCONNELL,

      Plaintiff,

v.

ISABELLA LEBMANN, and
MARSHALL MILLER,

      Defendants.

_____

ORDER ALLOWING PLAINTIFF TO PROCEED
WITHOUT PAYMENT OF AN INITIAL PARTIAL FILING FEE

_____

Pursuant to the Court's August 2, 2012, Order Granting Leave to Proceed

Pursuant to 28 U.S.C. §1915, Plaintiff, Frankie L. McConnell, filed an updated inmate

account statement to show cause why she has no assets and no means by which to

pay the designated initial partial filing fee.  Based on the updated account statement she

submitted to the Court on August 24, 2012, the Court finds that Plaintiff is unable to pay

an initial partial filing fee pursuant to 28 U.S.C. § 1915(b)(1).

Section 1915 requires a prisoner bringing a civil action "to pay the full amount of

a filing fee."  28 U.S.C. § 1915(b)(1).  If a prisoner is unable to afford the full amount of

the filing fee when the case is filed, the statute provides for payment of the filing fee

through an initial partial filing fee and monthly installments of the balance until the full

filing fee is paid.  However, "[i]n no event shall a prisoner be prohibited from bringing a

civil action or appealing a civil or criminal judgment for the reason that the prisoner has

no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. §

1915(b)(4).

Because Plaintiff's trust fund account statement indicates she has insufficient

funds in her inmate account to pay an initial partial filing fee and no other available

assets, Plaintiff may proceed in this action without payment of an initial partial filing fee.

The Court will proceed to review Plaintiff's complaint pursuant to 28 U.S.C. §

1915(e)(2)(B) to determine whether it is frivolous or malicious, or seeks monetary relief

against a defendant who is immune from such relief.

Although she need not pay an initial partial filing fee, Plaintiff remains obligated to

pay the required $350.00 filing fee through monthly installments as directed in this

order.  Accordingly, it is

ORDERED that Plaintiff, Frankie L. McConnell, may proceed in this action

without payment of an initial partial filing fee.  Plaintiff remains obligated to pay the full

amount of the required $350.00 filing fee pursuant to 28 U.S.C. § 1915(b)(1) regardless

of the outcome of this action.  It is

FURTHER ORDERED that, until the $350.00 filing fee is paid in full, Plaintiff shall

make monthly payments to the Court of twenty percent of the preceding month's income

credited to her account or show cause why she has no assets and no means by which

to make each monthly payment.  Plaintiff is directed to make the necessary

arrangements to have the monthly payments identified by the civil action number on this

order.  Plaintiff must file a current certified copy of her trust fund account statement to

show cause.  It is

FURTHER ORDERED that if Plaintiff fails to have the appropriate monthly

2

payment sent to the clerk of the Court each month or to show cause each month, as directed above, why she has no assets and no means by which to make the monthly payment the complaint may be dismissed without further notice.  It is

FURTHER ORDERED that process shall not issue until further order of the Court.  It is

**FURTHER ORDERED that the Court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt Plaintiff may owe in a prior action or actions if Plaintiff fails to stay current with her payment obligations in the prior action or actions.**

DATED August 28, 2012, at Denver, Colorado.


BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge