**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-01720-WJM-KLM

FRANKIE L. MCCONNELL,

    Plaintiff,

v.

ISABELLA LEBMANN, and
MARSHALL MILLER,

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered during the pendency of this case, and the Order Adopting April 25, 2014 And June 3, 2014 Recommendations of Magistrate Judge, And Dismissing Claims Against Both Defendants, entered by the Honorable William J. Martínez, United States District Judge, on July 8, 2014,

    IT IS ORDERED that the Magistrate Judge's April 25, 2014 Recommendation (ECF No. 33) is ADOPTED in its entirety.

    IT IS FURTHER ORDERED that the Magistrate Judge's June 3, 2014 Recommendation (ECF No. 39) is ADOPTED in its entirety.

    IT IS FURTHER ORDERED that pursuant to Fed. R. Civ. P. 4(m), all claims against Defendants Marshall Miller and Isabella Lebmann are hereby DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED in its entirety. Each party shall bear his or its own attorney's fees and costs.

Dated at Denver, Colorado this 9th day of July, 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By: <u>s/Deborah Hansen</u>
Deborah Hansen, Deputy Clerk